UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **EP-23-CV-00161-DCG** |
| **AFFORDABLE INSURANCE GROUP, INC.**, *a Florida Corporation*, **and JOHN DOE**, | § § § § | |
| *Defendants*. | § § | |

## ORDER REQUIRING PLAINTIFF TO TAKE ACTION

On April 20, 2023, Plaintiff Brandon Callier filed his Complaint against Defendants Affordable Insurance Group, Inc. and John Doe. *See* Compl., ECF No. 1. Five days later, Plaintiff filed proof of service, which purports to show that Plaintiff served Defendant Affordable Insurance on April 24, 2023. *See* Proof Service, ECF No. 3. Assuming Plaintiff's service was valid, Affordable Insurance's deadline to answer or otherwise respond to Plaintiff's Complaint expired on May 15, 2023. FED. R. CIV. P. 12(a)(1)(A)(i) (requiring a defendant to "serve an answer . . . within 21 days after being served with the summons and complaint"). Affordable Insurance has not filed an answer or otherwise responded to Plaintiff's Complaint.

Federal Rule of Civil Procedure 55(a) provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." FED. R. CIV. P. 55(a). Although just over a week has passed since Affordable Insurance missed its deadline to plead or otherwise defend, Plaintiff has not yet filed a request, accompanied by an affidavit or other appropriate document, asking the Clerk of Court to enter a default against Affordable Insurance

under Rule 55(a). To ensure that this case does not languish on the Court's docket, the Court enters this Order to encourage Plaintiff to keep the case moving forward.

\*     \*     \*

The Court **WARNS** Plaintiff Brandon Callier that if he does not take one of the following actions by **June 13, 2023**:

(1) File a request that the Clerk enter a default against Defendant Affordable Insurance Group, Inc. that is accompanied by an affidavit or other appropriate document that satisfies Federal Rule of Civil Procedure 55(a); or

(2) Take some other action to push his dispute with Defendant Affordable Insurance Group, Inc. toward its resolution;

the Court will consider dismissing Plaintiff's claims against Defendants for want of prosecution.

The Court **DIRECTS** the Clerk of Court to mail a copy of this Order to the following recipients:

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912

Affordable Insurance Group, Inc.
1301 E Atlantic Blvd., 2nd Floor
Pompano Beach, FL 33060

Affordable Insurance Group, Inc.
c/o Andrew T. Shader
820 NE 5th Terrace
Fort Lauderdale, FL 33304

**So ORDERED and SIGNED this 23rd day of May 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**