UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER**, | § |
| *Plaintiff*, | § § § |
| v. | § § |
| **AFFORDABLE INSURANCE GROUP, INC.**, *a Florida Corporation*, **and JOHN DOE**, | § § § § § |
| *Defendants*. | § § |

EP-23-CV-00161-DCG

## ORDER TO FILE DISMISSAL PAPERS

Plaintiff Brandon Callier has filed a Notice of Settlement indicating that he has resolved his dispute with Defendant Affordable Insurance Group, Inc. Settlement Notice, ECF No. 4. In light of the parties' settlement, the Court **VACATES** its "Order Requiring Plaintiff to Take Action" (ECF No. 5).

The Court also **ORDERS** Plaintiff to **FILE DISMISSAL PAPERS** by **June 22, 2023**. If he and Defendant Affordable Insurance require additional time to finalize settlement documents, Plaintiff shall file a request for additional time by the same date.

**So ORDERED and SIGNED this 23rd day of May 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE