UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-23-CV-00161-DCG |
| **AFFORDABLE INSURANCE GROUP, INC.**, *a Florida Corporation*, **and JOHN DOE,** | § § § § | |
| *Defendants*. | § § | |

## ORDER DISMISSING CASE

Plaintiff Brandon Callier has filed a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Notice Dismissal, ECF No. 10. Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Brandon Callier in this action against Defendant Affordable Insurance Group, Inc. **WITH PREJUDICE**.

The Court **CLOSES** this case.

**So ORDERED and SIGNED this 13th day of June 2023.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**